UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Docket No. 3:00CV804 (AHN) |
| VS. | : |
| WANDA NURSE, et al., | : |
| Defendants. | : March 30, 2004 |

GOVERNMENT'S MOTION TO WITHDRAW

The Government, through its undersigned attorney, hereby respectfully requests that it be permitted to withdraw this action, without prejudice, based upon the following reasons.

This is a fraudulent conveyance action concerning real property located 30 Oakum Dock Road, East Hampton, Connecticut. The United States had recorded a lien on the subject property to secure payment of restitution imposed in United States v. Wanda Nurse, docket number 3:97CR17 (EBB). The Government commenced this fraudulent conveyance action and sought to void the conveyance of the property by Ms. Nurse in order to better secure its lien and payment of the restitution debt. The real property was also the subject of a foreclosure action brought in State Court by a mortgagee, Washington Mutual Bank. The foreclosure action has been fully adjudicated and as a result, the subject property was sold at public auction. The proceeds from the sale have been distributed, and the Government's lien has been foreclosed, along with other encumbrancers. The conclusion of the foreclosure action mooted the underlying purpose of this action. Accordingly, the Government respectfully requests to withdraw this action, without prejudice, in the interest of justice and judicial economy. Based upon the foregoing reasons, the Government respectfully requests that this motion be granted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT   06510
(203) 821-3780
Federal No. CT3393

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of March, 2004, to:

Wanda Wilson
30 Oakum Dock Road
East Hampton, CT 06424

45 Simmons Road
East Hartford, CT 06118-1133

24 Carpenter Drive
East Hartford, CT 06118-2210

Donald Canty
Willean Canty
Andrew Nurse
Joshua Nurse
Alexis Nurse
30 Oakum Dock Road
East Hampton, CT   06424

_____
Christine Sciarrino